# EXHIBIT A

## <u>Materials and Other Information Considered</u>

- Plaintiff's Opening Claim Construction Brief (6:20-cv-00534, 6:20-cv-00536, 6:20-cv-00538, 6:20-cv-00542) and associated exhibits
- Plaintiff's Opening Claim Construction Brief (6:20-cv-00533, 6:20-cv-00535, 6:20-cv-00540, 6:20-cv-00543) and associated exhibits
- U.S. Pat. No. 6,882,627 ('627 Patent)
- U.S. Pat. No. 7,508,755 ('755 Patent)
- U.S. Pat. No. 7,872,973 ('973 Patent)
- Prosecution History of the '627 Patent
- Prosecution History of the '755 Patent
- Prosecution History of the '973 Patent
- Plaintiff's Preliminary Constructions
- Huawei's Preliminary Constructions