IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>　　　*Plaintiff*<br><br>-v-<br><br>HUAWEI TECHNOLOGIES CO.,<br>LTD., HUAWEI TECHNOLOGIES<br>USA INC.<br>　　　*Defendants* | § § § § § § § § § § § § | W-20-CV-00534<br>W-20-CV-00536<br>W-20-CV-00538<br>W-20-CV-00542 |

### ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

　　Plaintiff:　　　　$8,113.33
　　Defendant:　　　$8,113.33

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 2nd day of June, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE